IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CV. 07-3409(JAP)

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, DEBIOPHARM, S.A., | Civil Action No. 3:07-CV-02762-JAP-JJH |
| Plaintiffs and Counterclaim Defendants, | Hon. John J. Hughes, U.S.M.J. |
| v. | |
| SANDOZ, INC., | |
| Defendant and Counterclaim Plaintiff. | |
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, DEBIOPHARM, S.A., | Civil Action No. 3:07-CV-03164-JAP-JJH |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| EBEWE PHARMA GES.M.B.H. NFG.KG, | |
| Defendant and Counterclaim Plaintiff. | |

RECEIVED

MAY 19 2008

WILLIAM T. WALSH
CLERK

```
SANOFI-AVENTIS U.S. LLC,          )    Civil Action Nos.
SANOFI-AVENTIS,                   )    3:07-CV-03409-JAP-JJH
DEBIOPHARM, S.A.,                 )    3:07-CV-04550-JAP-JJH
                                  )
        Plaintiffs and            )
        Counterclaim Defendants,  )
                                  )
        v.                        )
                                  )
MAYNE PHARMA LIMITED,             )
MAYNE PHARMA (USA) INC.,          )
HOSPIRA AUSTRALIA PTY LTD.,       )
HOSPIRA, INC.,                    )
                                  )
        Defendants and            )
        Counterclaim Plaintiffs.  )
                                  )
```

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR CRIMINAL MATTERS

1. Sender

   The Honorable John J. Hughes
   United States Magistrate Judge
   United States District Court for the
       District of New Jersey
   Clarkson S. Fisher Federal Building &
       U.S. Courthouse
   402 East State Street
   Trenton, NJ 08608
   USA

2. Central Authority of the Requested State

   Hessisches Ministerium der Justiz und
   für Europaangelegenheiten
   Luisenstrasse 13
   65185 Wiesbaden
   Germany

-3-

| | | |
|---|---|---|
| 3. | Person to whom the executed request is to be returned | The Honorable John J. Hughes<br>United States Magistrate Judge<br>United States District Court for the District of New Jersey<br>Clarkson S. Fisher Federal Building & U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608<br>USA |
| 4. | In conformity with article 3 of the Convention, the undersigned applicant has the honor to submit the following request: | |
| 5(a). | Requesting judicial authority (article 3, a) | The Honorable John J. Hughes<br>United States Magistrate Judge<br>United States District Court for the District of New Jersey<br>Clarkson S. Fisher Federal Building & U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608<br>USA |
| (b). | To the competent authority of (article 3, a) | Federal Republic of Germany |
| 6. | Names and addresses of the parties and their representatives (article 3, b) | |
| | a.   Plaintiffs | Sanofi-Aventis U.S. LLC, Sanofi-Aventis, Debiopharm, S.A. |

Attorneys for Plaintiffs

William J. O'Shaughnessy, Esq.
Jonathan M.H. Short, Esq.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
USA
(973) 622-4444
(973) 624-7070 (fax)

Adam Shedd, Esq. (Civil Action Nos.
03409 and 04550 Only)
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, NJ 07932-1047
USA
(973) 549-7025
(973) 360-9831 (fax)

Of Counsel:
Robert L. Baechtold, Esq.
Dominick A. Conde, Esq.
William E. Solander, Esq.
Peter D. Shapiro, Esq.
FITZPATRICK, CELLA,
 HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
USA
(212) 218-2100
(212) 218-2200 (fax)

b.   Defendant            Sandoz, Inc.

|  |  |
|---|---|
| Attorneys for Defendant | Eric I. Abraham, Esq.<br>HILL WALLACK, LLP<br>202 Carnegie Center<br>CN 5226<br>Princeton, NJ 08543<br>USA<br>(609) 734-6358<br>(609) 452-1888 (fax)<br><br>Of Counsel:<br>Douglas C. Hochstetler, Esq.<br>Patricia J. Thompson, Esq.<br>John C. Martin, Esq.<br>Kelly L. Morron, Esq.<br>SCHIFF HARDIN, LLP<br>6000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>USA<br>(312) 258-5500<br>(312) 258-5600 (fax) |
| Defendant | Ebewe Pharma Ges.m.b.H. Nfg.KG |
| Attorneys for Defendant | Jeffrey A. Cohen, Esq.<br>FLASTER/GREENBERG P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>USA<br>(856) 661-1900<br>(856) 661-1919 (fax)<br><br>Of Counsel:<br>George Best, Esq.<br>Steve Maddox, Esq.<br>Liane M. Peterson, Esq.<br>Jeremy Edwards, Esq.<br>FOLEY LARDNER<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007<br>USA<br>(202) 672-5300<br>(202) 672-5399 (fax) |

|    | Defendant | Mayne Pharma Limited, Mayne Pharma (USA) Inc., Hospira Australia Pty Ltd., Hospira, Inc. |
|----|-----------|---|
|    | Attorneys for Defendant | Marc J. Gross, Esq.<br>Luke J. Kealy, Esq.<br>Michael Rankin, Esq.<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, NJ 07068-3701<br>USA<br>(973) 535-1600<br>(973) 535-1698 (fax)<br><br>Of Counsel:<br>Howard I. Shin, Esq.<br>Jason S. Charkow, Esq.<br>James F. Hurst, Esq.<br>Gail J. Standish, Esq.<br>Jovial Wong, Esq.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>USA<br>(212) 294-6700<br>(212) 294-4700 (fax) |
| 7. | Nature and purpose of proceedings and summary of the facts (article 3, c) | See Exhibit A attached hereto. |
| 8. | Evidence to be obtained or other judicial act to be performed (article 3, d) | Production of documents and things for inspection and copying. |
| 9. | Identity and address of any person to be examined (article 3, e) | None. |
| 10. | Questions to be put to the person to be examined (article 3, f) | None. |

-7-

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (article 3, g) | Documents and things to be produced for inspection and copying are set forth in Exhibit B attached hereto. |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, h) | It is requested that a representative of W. C. Heraeus GmbH provide an affidavit or similar certification to authenticate the documents and things produced. |
| 13. | Special methods or procedure to be followed (articles 3, i and 9) | None. |

| | | |
|---|---|---|
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (article 7) | Persons to be notified:<br><br>William J. O'Shaughnessy, Esq.<br>Jonathan M.H. Short, Esq.<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>USA<br>(973) 622-4444<br>(973) 624-7070 (fax)<br><br>Adam Shedd, Esq. (Civil Action Nos. 03409 and 04550 Only)<br>DRINKER BIDDLE & REATH LLP<br>*A Delaware Limited Liability Partnership*<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>USA<br>(973) 549-7025<br>(973) 360-9831 (fax)<br><br>Of Counsel:<br>Robert L. Baechtold, Esq.<br>Dominick A. Conde, Esq.<br>William E. Solander, Esq.<br>Peter D. Shapiro, Esq.<br>FITZPATRICK, CELLA,<br>  HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, New York 10112<br>USA<br>(212) 218-2100<br>(212) 218-2200 (fax)<br><br>Attorneys for Defendants:<br><br>Jeffrey A. Cohen, Esq.<br>FLASTER/GREENBERG P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>USA<br>(856) 661-1900<br>(856) 661-1919 (fax)<br><br>Of Counsel: |

George Best, Esq.
Steve Maddox, Esq.
Liane M. Peterson, Esq.
Jeremy Edwards, Esq.
FOLEY LARDNER
3000 K Street, N.W.
Suite 500
Washington, DC 20007
USA
(202) 672-5300
(202) 672-5399 (fax)

Eric I. Abraham, Esq.
HILL WALLACK, LLP
202 Carnegie Center
CN 5226
Princeton, NJ 08543
USA
(609) 734-6358
(609) 452-1888 (fax)

Of Counsel:
Douglas C. Hochstetler, Esq.
Patricia J. Thompson, Esq.
John C. Martin, Esq.
Kelly L. Morron, Esq.
SCHIFF HARDIN, LLP
6000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
USA
(312) 258-5500
(312) 258-5600 (fax)

                              Marc J. Gross, Esq.
Luke J. Kealy, Esq.
Michael Rankin, Esq.
GREENBAUM, ROWE, SMITH &
DAVIS LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
USA
(973) 535-1600
(973) 535-1698 (fax)

Of Counsel:
Howard I. Shin, Esq.
Jason S. Charkow, Esq.
James F. Hurst, Esq.
Gail J. Standish, Esq.
Jovial Wong, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
USA
(212) 294-6700
(212) 294-4700 (fax)

| | | |
|---|---|---|
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request | None. |
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11, b) | None. |

| | | |
|---|---|---|
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of article 14 or article 26 of the Convention will be borne by | Robert L. Baechtold, Esq.<br>Dominick A. Conde, Esq.<br>William E. Solander, Esq.<br>Peter D. Shapiro, Esq.<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, New York 10112<br>USA<br>(212) 218-2100<br>(212) 218-2200 (fax)<br><br>Payment of such fees and costs by Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A. in accordance with paragraph 17 of this Letter of Request is without prejudice to Sanofi-Aventis U.S. LLC, Sanofi-Aventis, or Debiopharm S.A. making subsequent application to an appropriate court for reimbursement of such fees and costs. |
| 18. | Date of request | April 25, 2008 |
| 19. | Signature and seal of the requesting authority | *[signature]*<br>The Honorable John J. Hughes<br>United States Magistrate Judge<br>United States District Court for the District of New Jersey<br>5/19/08 |

\* no opposition having been filed

-11-